No. —. Original. *Ex parte.* IN THE MATTER OF CITY OF PALATKA, PETITIONER. November 2, 1903. Motion for leave to file petition for writ of certiorari denied. *Mr. H. Bisbee* and *Mr. George C. Bedell* for petitioner in support of motion. *Mr. Charles T. Cates, Jr., Mr. Henry Strunz* and *Mr. R. E. L. Mountcastle* opposing.

No. 226. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* BENJAMIN WEISBERG. In error to the Circuit Court of the United States for the District of Rhode Island. Motion to dismiss submitted October 26, 1903. Decided November 2, 1903. *Per Curiam.* Dismissed for the want of jurisdiction. *Maynard* v. *Hecht,* 151 U. S. 324; *The Bayonne,* 159 U. S. 687, 692; *Chappell* v. *United States,* 160 U. S. 499, 507. *Mr. David S. Baker* for plaintiff in error. *Mr. Donald G. Perkins* for defendant in error.

No. 52. WOEY HO, APPELLANT, *v.* UNITED STATES. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. Argued November 3, 1903. Decided November 9, 1903. *Per Curiam.* Dismissed for the want of jurisdiction. *Lau Ow Bew* v. *United States,* 144 U. S. 47, 58; *Cross* v. *Burke,* 146 U. S. 82, 88; *In re Lennon,* 150 U. S. 393; *Perrine* v. *Slack,* 164 U. S. 452; *The Paquete Habana,* 175 U. S. 677, 683. *Mr. Franklin H. Mackey* for appellant. *The Attorney General* and *Mr. Assistant Attorney General McReynolds* for appellee.